# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 11, 2021

## NO. 03-19-00862-CV

**Gerald Allen Perry, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the final order signed by the trial court on August 27, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order but that there was error requiring correction. Therefore, the Court modifies the district court's August 27, 2019 final order to remove the adjudication of Perry as a vexatious litigant and, as modified, the Court affirms the order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.